MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

RECEIVED
2006 MAR 31 A 9: 38
2:06CV288-T

| United States District Court | District | ALABAMA |
|---|---|---|
| Name (under which you were convicted):<br>TIMOTHY RUSSELL | Docket or Case No.:<br>2:04-cr-00150-T | |
| Place of Confinement:<br>FCI-Talladega, AL., PMB 1000, Talladega 35160 | Prisoner No.:<br>11530-002 | |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) | |
| v. TIMOTHY RUSSELL | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court, Middle District of Alabama, Northern Division, P.O. Box 711, Montgomery, AL. 36101-0711

   (b) Criminal docket or case number (if you know): 2:04-cr-150-T

2. (a) Date of the judgment of conviction (if you know): May 26, 2005

   (b) Date of sentencing: About May 20, 2006.

3. Length of sentence: 135 months of imprisonment

4. Nature of crime (all counts): Count 1: Violation of 21 USC §841(a)(1); Count 2: in violation of 21 USC §841(a)(1).

5. (a) What was your plea? (Check one)

   (1) Not guilty ❏    (2) Guilty ☒    (3) Nolo contendere (no contest) ❏

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? Plead guilty to Count 2 of the Indictment. Count 1 was dismissed upon entering a plea agreement with the Government.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ❏    Judge only ❏
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ❏    No ❏

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ❑  No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

    (1) Name of court: _____N/A_____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ❑  No ❑

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1) First petition:     Yes ❑  No ❑

    (2) Second petition:  Yes ❑  No ❑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____
_____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL FOR FAILURE TO FILE A REQUESTED DIRECT APPEAL IN CRIMINAL CASE.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): After Movant was sentenced, he requested his trial counsel to file an appeal in his criminal case. Movant was assured by his counsel that he will file the appeal upon movant's request, however, when movant inquired counsel about the status of his appeal, counsel failed to answer/respond to movant's inquiries, then movant inquired to the clerk of the court about his pending appeal, and the clerk informed movant that no appeal was filed or pending for review in the court's record(s), therefore movant files this motion alleging violation of Sixth Amendment right to effective assistance of counsel for failure to file movant's requests to file a direct appeal for his criminal case.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why: due to ineffective assistance of counsel for failure to file a direct appeal upon movant's requests.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: This is movant's first §2255 motion.

**GROUND TWO:** THE GOVERNMENT HAS FAILED TO COMPLETE THE TERMS OF THE PLEA AGREEMENT TO FILE A RULE 35(b) DUE TO MOVANT'S COOPERATION

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): As part of the plea agreement, movant agreed to fully cooperate with the government, and for exchange of his cooperation the government agreed to file a Rule 35(b) motion to inform the Court of movant's cooperation for a sentence reduction. Movant has fully assisted authorities in the investigation of other drug crimes, however, the government has not filed a Rule 35(b) motion for movant's sentence reduction, nor has it informed the Court of the extent of movant's full cooperation.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Appointed trial counsel did not file a direct appeal as requested by movant.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

     Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion, petition, or application?

     Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

     Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

     Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: This is movant's first §2255 motion.

**GROUND THREE:** TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO ARGUE AND TO OBJECT THAT PLEA AND SENTENCE SHOULD HAVE BEEN FOR MARIJUANA IN LIEU OF COCAINE BASE, FOR MARIJUANA HAD LEAST HARSH CONSEQUENCES.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Trial counsel rendered dificient performanve, as element of ineffective assistance claim

in failing to raise objection and argument that movant, who entered a plea agreement for cocaine base, and sentenced for cocaine base and marijuana PSI, p.6 ¶19), should have instead entered a plea for marijuana in count 1 of the indictment that carries a lesser penalty, and also that movant could not receive sentence for the drug that carries greater than least grave of sentencing consequences, and thus that imposition of greater sentence based upon judicial determination that his role involved cocaine base and marijuana violated movant's due process and substantial rights.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❏  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: Trial counsel failed to file movant's requested direct appeal.

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❏  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition:_____

    Name and location of the court where the motion or petition was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

    Result (attach a copy of the court's opinion or order, if available):_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❏  No ❏

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❏  No ❏

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❏  No ❏

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:_____

    Docket or case number (if you know):_____

    Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND FOUR:** TRIAL COUNSEL WAS INEFFECTIVE FOR FAILURE TO RAISE ARGUMENT AND OBJECTION THAT SENTENCE AND CONVICTION WERE IMPOSED IN VIOLATION OF APPRENDI, BLAKELY AND BOOKER.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Movant alleges that counsel was ineffective for failure to raise argument that the court was not bound by the Sentencing Guidelines, and that the sentence imposed on movant was in violation of the precedents established by the Supreme Court in Apprendi, Blakely and Booker, and that the Court had the discretion to imposed a lesser sentence based, inter alia, upon movant's substantial assistance rendered to the government, for the investigation, and conviction of other drug criminals.

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ❏    No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: Trial counsel failed to file a direct appeal as requested by movant.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ❏    No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Page 9-A

**GROUND FIVE:** Counsel was ineffective for advocating a plea agrement for 178.7 grams of cocaine base, and ergo, the plea was not knowingly and voluntarily entered, where evidence did not support Russell's conviction for possessing such amount of cocaine base, in lieu of cocaine powder.

(a) Supporting facts:  Russell alleges that the evidence did not support his conviction for possessing and intent to distribute 178.7 grams of cocaine base as alleged in the indictment, where the government did not prove that substance was "smokable" and did not prove that it was crack, and therefore, his sentence could have been reduced to lesser included offense of possessing cocaine; and by counsel allowing him to enter a plea guilty without properly investigating and objecting this matter and letting Russell be convicted of possessing and distributing cocaine base, violated his due process and Fifth Amendment rights to be sentenced on accurate information, and  Sixth Amendment rights for effective assistance of counsel.

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ❏  No ❏

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ❏  No ❏

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ❏  No ❏

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

   (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: __This is movant's first §2255 motion._____
_____
_____
_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __None of these grands were previously raised in federal court, and the reason for not presenting them was due to ineffective assistance of counsel.__
_____
_____
_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ❏  No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Christine Freeman (Appointed), 201 Monroe Street, Montgomery, AL 36104, and Kevin Butler (Appointed), Public Defender's Office.

    (b) At arraignment and plea: Same

    (c) At trial: N/A.

    (d) At sentencing: Same.

    (e) On appeal: N/A.

    (f) In any post-conviction proceeding: Pro se in the instant motion.

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____
    (c) Give the length of the other sentence: _____
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is timely filed pursuant to Clay v. United States, 537 U.S. 522 (2003).

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Vacate and remand for resentencing; hold an evidentiary hearing; order the government to file a Rule 35(b) motion to reduce sentence; and any other relief the Court deems just & proper</u>. or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on _April 27, 2006_ (month, date, year).

Executed (signed) on _3-27-2006_ (date).

_Timothy Russell_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

* * * * *