27BE, CLOSED, MHT-ClerkA, SC

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:04-cr-00150-MHT-SRW-ALL
### Internal Use Only

Case title: USA v. Russell

Date Filed: 07/13/2004

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Susan Russ Walker

**Defendant**

**Timothy Russell** (1)
*TERMINATED: 05/26/2005*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*Designation: Public Defender or Community Defender Appointment*

**Kevin L. Butler**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*ATTORNEY TO BE NOTICED*

**Christine A. Freeman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: christine_freeman@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) POSS W/INTENT TO DISTRIBUTE COCAINE BASE - NMT $4,000,000; (*); NLT 20Y; NMT LIFE; B; NMT 5Y SUP REL; G-LINES; VWPA; $100 SA<br>(2s) | 135 Mos Imp; 5 Yrs Sup Rel; $100 SA |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| POSSESSION w/INTENT TO DISTRIBUTE MARIJUANA - NMT $1,000,000;[*]; NMT 20Y; B; NMT 5Y SUP REL; G/L; VWPA; $100 AF<br>(1) | DISMISSED ON GOVERNMENT'S 5/23/05 MOTION |
| 21:841(a)(1) POSS W/INTENT TO DISTRIBUTE MARIJUANA - NMT $1,000,000; (*); NMT 20Y; B; NMT 5Y SUP REL; G-LINES; VWPA; $100 SA<br>(1s) | DISMISSED ON GOVERNMENT'S 5/20/05 ORAL MOTION |
| NARCOTICS - POSSESSION - NLT $1,000; NMT $250,000;[*]; NLT 5Y; NMT 20Y; B; NMT 5Y SUP REL; G/L; VWPA; $100 AF<br>(2) | DISMISSED ON GOVERNMENT'S 5/23/05 MOTION |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**    represented by    **Terry F. Moorer**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

334-223-7280
Fax: 223-7560
Email: terry.moorer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2004 | 1 | INDICTMENT as to Timothy Russell (1) count(s) 1, 2. (ws) (Entered: 07/14/2004) |
| 07/13/2004 | 2 | Limits of Punishment as to Timothy Russell (ws ) (Entered: 07/14/2004) |
| 07/14/2004 | 3 | WARRANT Issued as to Timothy Russell. (ws) (Entered: 07/14/2004) |
| 07/14/2004 | | ***Set/Clear Flags as to Timothy Russell (ws ) (Entered: 07/14/2004) |
| 07/14/2004 | | ***Location start as to Timothy Russell (snc) (Entered: 08/17/2004) |
| 09/30/2004 | | Case unsealed as to Timothy Russell pursuant to notice of arrest from USM's Office (snc) (Entered: 09/30/2004) |
| 09/30/2004 | | Arrest of Timothy Russell (snc) (Entered: 10/01/2004) |
| 09/30/2004 | | Arrest of Timothy Russell (jct, ) (Entered: 10/01/2004) |
| 10/01/2004 | 4 | MOTION for Detention Hearing by USA as to Timothy Russell. (Moorer, Terry) (Entered: 10/01/2004) |
| 10/01/2004 | 5 | Arrest Warrant Returned Executed on 9/30/04 as to Timothy Russell; defendant arrested on 9/30/04. (snc) (Entered: 10/01/2004) |
| 10/01/2004 | 6 | CJA 23 Financial Affidavit by Timothy Russell (jct, ) (Entered: 10/01/2004) |
| 10/01/2004 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Timothy Russell Federal Defender for Timothy Russell appointed. . Signed by Judge Susan Russ Walker on 10/1/04. (jct, ) (Entered: 10/01/2004) |
| 10/01/2004 | 7 | Minute Entry for proceedings held before Judge Susan Russ Walker :Initial Appearance as to Timothy Russell held on 10/1/2004 Detention Hearing set for 10/6/2004 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (Tape #3:38 - 3:43.) (jct, ) (Entered: 10/01/2004) |
| 10/04/2004 | 8 | Order of Temporary Detention Pending Hearing as to Timothy Russell Detention Hearing set for 10/6/2004 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker.. Signed by Judge Susan Russ Walker on 10/4/2004. (snc) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2004) |
| 10/04/2004 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER to represent defendant Timothy Russell . Signed by Judge Susan Russ Walker on 10/4/2004. (snc) (Entered: 10/04/2004) |
| 10/06/2004 | | ORAL MOTION to Continue Detention Hearingby USA and Timothy Russell as to Timothy Russell. (jct, ) (Entered: 10/06/2004) |
| 10/06/2004 | | ORAL ORDER as to Timothy Russell granting ORAL MOTION to Continue Detention Hearing by USA and Timothy Russell Detention Hearing reset from 10/6/04 at 10:00 AM to 10/8/2004 at 2:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 10/6/04. (jct, ) (Entered: 10/06/2004) |
| 10/06/2004 | 10 | Minute Entry for proceedings held before Judge Susan Russ Walker :Detention Hearing NOT HELD as to Timothy Russell; Joint ORAL MOTION to continue detention hearing. ORAL ORDER granting motion. Detention Hearing reset for October 8, 2004 at 2:00 p.m. (Tape #10:05 - 10:09.) (jct, ) (Entered: 10/06/2004) |
| 10/06/2004 | 11 | MOTION for Release from Custody *to agents* by USA as to Timothy Russell. (Attachments: # 1 Text of Proposed Order)(Moorer, Terry) (Entered: 10/06/2004) |
| 10/06/2004 | 12 | ORDER granting 11 Motion for Release from Custody as to Timothy Russell (1) to agents and directing the agents to return custody of defendant to the USMS when they have finished with him. Signed by Judge Susan Russ Walker on 10/6/2004. (snc) (Entered: 10/06/2004) |
| 10/08/2004 | | ORAL MOTION to Withdraw 4 MOTION for Detention Hearing by USA as to Timothy Russell. (jct, ) (Entered: 10/08/2004) |
| 10/08/2004 | | ORAL ORDER granting Oral Motion to Withdraw Motion for Detention Hearing as to Timothy Russell (1) withdrawing 4 Motion for Detention Hearing as to Timothy Russell 1). Signed by Judge Susan Russ Walker on 10/8/04. (jct, ) (Entered: 10/08/2004) |
| 10/08/2004 | 13 | Non-Surety Bond Entered as to Timothy Russell in amount of $ $25,000.00, (jct, ) (Entered: 10/08/2004) |
| 10/08/2004 | 14 | ORDER Setting Conditions of Release as to Timothy Russell (1) $25,000.00 non-surety . Signed by Judge Susan Russ Walker on 10/8/04. (jct, ) (Entered: 10/08/2004) |
| 10/08/2004 | 15 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Timothy Russell (1) Count 1,2 held on 10/8/2004, Plea entered by Timothy Russell Not Guilty on counts 1,2. (Tape #2:00 - 2:10.) (jct, ) (Entered: 10/08/2004) |
| 10/12/2004 | 16 | ORDER ON ARRAIGNMENT: Pretrial Conference set for 11/15/2004 02:00 PM in Courtroom 5B before Honorable Susan |

| | | |
|---|---|---|
| | | Russ Walker. Jury Trial set for 12/6/2004 trial term before Honorable Myron H. Thompson. Pretrial Motions due by 11/10/2004. Discovery from the government due by 10/8/2004 and from defendant by 10/15/2004.. Signed by Judge Susan Russ Walker on 10/12/2004. (snc) (Entered: 10/12/2004) |
| 10/13/2004 | 17 | NOTICE OF ATTORNEY APPEARANCE: Christine A. Freeman appearing for Timothy Russell (Freeman, Christine) (Entered: 10/13/2004) |
| 11/12/2004 | 18 | MOTION for Extension of Time to File *Motions* by Timothy Russell. (Freeman, Christine) (Entered: 11/12/2004) |
| 11/15/2004 | 19 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Timothy Russell held on 11/15/2004 (Recording Time 2:10 - 2:14.) (jct, ) (Entered: 11/15/2004) |
| 11/16/2004 | 20 | PRETRIAL CONFERENCE ORDER as to Timothy Russell setting Jury Selection and Trial for 12/6/2004 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson. Voir Dire due by 11/29/2004, Proposed Jury Instructions due by 11/29/2004, Motions in Limine due by 11/29/2004, and Plea Agreement due by 11/29/2004. Signed by Judge Susan Russ Walker on 11/16/04. (snc) (Entered: 11/16/2004) |
| 11/18/2004 | 21 | MOTION to Continue trial , *Unopposed* by Timothy Russell. (Freeman, Christine) (Entered: 11/18/2004) |
| 11/19/2004 | 22 | ORDER TO CONTINUE - Ends of Justice as to Timothy Russell (1) granting 21 MOTION to Continue trial , *Unopposed* filed by Timothy Russell; (2) resetting Jury Selection and Jury Trial, now set for 12/6/04, for 3/7/2005 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson. Signed by Judge Myron H. Thompson on 11/19/04. (snc) (Entered: 11/19/2004) |
| 11/23/2004 | 23 | ORDER as to Timothy Russell granting defendant's 18 MOTION for Extension of Time to File *Motions* and directing that all Motions shall be filed by 3/7/2005. Signed by Judge Susan Russ Walker on 11/23/04. (snc) (Entered: 11/23/2004) |
| 12/02/2004 | 24 | ORDER as to Timothy Russell setting a Pretrial Conference for 2/14/2005 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Signed by Judge Susan Russ Walker on 12/2/04. (snc) (Entered: 12/02/2004) |
| 01/07/2005 | 29 | MOTION to Revoke Bond and to SEAL MOTION by USA as to Timothy Russell. (snc) Modified on 1/11/2005 (snc): document unsealed (Entered: 01/07/2005) |
| 01/07/2005 | 30 | ORDER directing issuance of warrant as to Timothy Russell (1). Signed by Judge Susan Russ Walker on 1/7/05. (snc) Modified on 1/11/2005 (snc): document unsealed (Entered: 01/07/2005) |

| | | |
|---|---|---|
| 01/07/2005 | 31 | WARRANT Issued as to Timothy Russell. (snc) Modified on 1/11/2005 (snc): document unsealed (Entered: 01/07/2005) |
| 01/11/2005 | | Arrest of Timothy Russell on Pretrial Release Violation (jct, ) (Entered: 01/11/2005) |
| 01/11/2005 | 32 | Minute Entry for proceedings held before Judge Susan Russ Walker :Initial Appearance re Revocation of Pretrial Release as to Timothy Russell held on 1/11/2005 (Recording Time 3:04 - 3:09.) (jct, ) (Entered: 01/11/2005) |
| 01/11/2005 | 33 | Arrest Warrant(issued 1/7/05) Returned Executed on 1/11/05 as to Timothy Russell. (snc) (Entered: 01/13/2005) |
| 01/25/2005 | 34 | MOTION Defendant's Motion to Voluntarily Relinquish Pretrial Release Status, to Surrender to Custody, and to Waive Detention Hearing by Timothy Russell. (Freeman, Christine) (Entered: 01/25/2005) |
| 01/28/2005 | 35 | ORDER OF DETENTION as to Timothy Russell granting defendant's 34 MOTION to Voluntarily Relinquish Pretrial Release Status, to Surrender to Custody, and to Waive Detention Hearing filed by Timothy Russell . Signed by Judge Susan Russ Walker on 1/28/05. (snc) (Entered: 01/28/2005) |
| 02/01/2005 | 36 | ORDER denying 29 Motion to Revoke bond as to Timothy Russell (1) in light of the order of detention entered on 1/28/05. Signed by Judge Susan Russ Walker on 2/1/05. (ws) (Entered: 02/01/2005) |
| 02/01/2005 | 37 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Timothy Russell (Moorer, Terry) (Entered: 02/01/2005) |
| 02/04/2005 | 38 | MOTION to Dismiss *Notice of Information to Establish Prior Convictions* by USA as to Timothy Russell. (Moorer, Terry) (Entered: 02/04/2005) |
| 02/09/2005 | 40 | SUPERSEDING INDICTMENT as to Timothy Russell (1) count(s) 1s, 2s. (jct, ) (Entered: 02/11/2005) |
| 02/11/2005 | 39 | ORDER granting 38 Motion to Dismiss Notice as to Timothy Russell (1). Signed by Judge Myron H. Thompson on 2/11/05. (ws) (Entered: 02/11/2005) |
| 02/11/2005 | 41 | ORDER to Produce Prisoner for Arraignment as to Timothy Russell Arraignment set for 2/23/2005 10:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 2/11/05. (jct, ) (Entered: 02/11/2005) |
| 02/14/2005 | 42 | Limits of Punishment as to Timothy Russell: (jct, ) (Entered: 02/14/2005) |
| 02/14/2005 | 43 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Timothy Russell held on 2/14/2005 (Recording Time 3:14 - 3:16.) (jct, ) (Entered: |

| | | |
|---|---|---|
| | | 02/14/2005) |
| 02/23/2005 | ●44 | Minute Entry for proceedings held before Judge Charles S. Coody :Arraignment on Superseding Indictment as to Timothy Russell (1) Count 1s,2s held on 2/23/2005; Plea entered by Timothy Russell Not Guilty on counts 1s, 2s. (Recording Time FTR: 10:58 - 11:02.) (ws, ) (Entered: 02/23/2005) |
| 02/25/2005 | ●45 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Timothy Russell (Butler, Kevin) (Entered: 02/25/2005) |
| 02/25/2005 | ●46 | NOTICE OF INTENT TO CHANGE PLEA by Timothy Russell (Butler, Kevin) (Entered: 02/25/2005) |
| 02/28/2005 | ●47 | ORDER as to Timothy Russell Change of Plea Hearing set for 2/28/2005 03:30 PM in Courtroom 5B before Honorable Susan Russ Walker. The Clerk is directed to provide a court reporter for this proceeding. The United States Marshal is DIRECTED to produce the defendant for the hearing. Signed by Judge Susan Russ Walker on 2/28/05. (kcg, ) (Entered: 02/28/2005) |
| 02/28/2005 | ●48 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Timothy Russell (jct, ) (Entered: 03/01/2005) |
| 02/28/2005 | ●49 | PLEA AGREEMENT as to Timothy Russell (jct, ) (Entered: 03/01/2005) |
| 02/28/2005 | ●50 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Timothy Russell held on 2/28/2005, Plea entered by Timothy Russell (1) Guilty Count 2s; remaining count to be dismissed at sentencing.(Court Reporter Risa Entrekin.) (jct, ) (Entered: 03/01/2005) |
| 03/02/2005 | ●51 | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY to Count 2 of the Superseding Indictment as to Timothy Russell; Objections to R&R due by 3/11/2005. Signed by Judge Susan Russ Walker on 3/2/05. (snc) (Entered: 03/02/2005) |
| 03/17/2005 | ●52 | ORDER Accepting Guilty Plea to Count Two of the Superseding Indictment as to Timothy Russell and adjudicating the defendant guilty, terminating all applicable pending deadlines, and denying as moot all applicable pending motions ( Motions terminated as to Timothy Russell: 51 REPORT AND RECOMMENDATIONS as to Timothy Russell) . Signed by Judge Myron H. Thompson on 3/17/2005. (snc) (Entered: 03/18/2005) |
| 03/17/2005 | ●53 | ORDER as to Timothy Russell setting Sentencing for 5/20/2005 10:00 AM in Courtroom 2E before Honorable Myron H. Thompson, directing counsel to communicate in writing to the PO any objections to the PSR by 4/29/05, and directing parties to be available for a conference with the PO on 5/2/05, at 3:00 p.m., as outlined in order. Signed by Judge Myron H. Thompson on |

| | | |
|---|---|---|
| | | 3/17/2005. (snc) (Entered: 03/18/2005) |
| 05/13/2005 | 54 | MOTION for Downward Departure *Pursuant to 5K1.1, USSG,* by USA as to Timothy Russell. (Moorer, Terry) (Entered: 05/13/2005) |
| 05/17/2005 | | ***Set/Clear Flags as to Timothy Russell (snc) (Entered: 05/17/2005) |
| 05/20/2005 | 55 | Minute Entry for SENTENCING HEARING held before Judge Myron H. Thompson on 5/20/2005 as to Timothy Russell. (Court Reporter Mitchell Reisner.) (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | Plea Agreement Accepted as to Timothy Russell (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | ORAL ORDER granting 54 Motion for Downward Departure as to Timothy Russell (1). Signed by Judge Myron H. Thompson on 5/20/05. (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | ORAL MOTION to Dismiss Count 1s of the Superseding Indictment by USA as to Timothy Russell. (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | ORAL ORDER granting [ORAL] Motion to Dismiss Count 1s of the Superseding Indictment as to Timothy Russell (1). Signed by Judge Myron H. Thompson on 05/20/05. (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | DISMISSAL OF COUNT 1s of Superseding Indictment on Government's 5/20/05 Oral Motion as to Timothy Russell. (snc) (Entered: 05/23/2005) |
| 05/20/2005 | | ***Procedural Interval (P6) start as to Timothy Russell (to correct interval for sentencing count--2s) (snc) (Entered: 05/23/2005) |
| 05/23/2005 | 56 | MOTION to Dismiss *Indictment (superseding indictment filed)* by USA as to Timothy Russell. (Attachments: # 1 Text of Proposed Order)(Moorer, Terry) (Entered: 05/23/2005) |
| 05/23/2005 | 57 | ORDER granting 56 Motion to Dismiss (original indictment) as to Timothy Russell (1). Signed by Judge Myron H. Thompson on 5/23/05. (snc) (Entered: 05/23/2005) |
| 05/23/2005 | | DISMISSAL OF COUNTS 1 & 2 (ORIGINAL INDICTMENT) on Government Motion as to Timothy Russell. (snc) (Entered: 05/23/2005) |
| 05/26/2005 | 58 | JUDGMENT as to Timothy Russell (1). Count(s) 1, 2: DISMISSED ON GOVERNMENT'S 5/23/05 MOTION; Count(s) 1s: DISMISSED ON GOVERNMENT'S 5/20/05 ORAL MOTION; Count(s) 2s: 135 Mos Imp; 5 Yrs Sup Rel; $100 SA . Signed by Judge Myron H. Thompson on 5/26/05. (snc) (Entered: 05/26/2005) |
| 05/26/2005 | | ***Set/Clear Flags as to Timothy Russell (snc) (Entered: 05/26/2005) |

| | | |
|---|---|---|
| 09/16/2005 | 59 | Judgment Returned Executed as to Timothy Russell on 9/14/05; defendant delivered on 8/8/05 to FCI Talladega, Talladega, AL (snc) (Entered: 09/16/2005) |
| 01/09/2006 | | Payment Received from BOP: as to Timothy Russell $ 25.00 assessment, receipt number 108933 (ws, ) (Entered: 01/10/2006) |
| 02/02/2006 | 60 | Pro Se MOTION for Order Directing Discharged Counsel to Return Defendant's File and Records by Timothy Russell. (snc) (Entered: 02/03/2006) |
| 02/06/2006 | 61 | ORDER as to Timothy Russell directing Attorney Butler to Show Cause by 2/21/2006 why defendant's 60 motion for order directing discharged counsel to return defendant's file and records should not be granted. Signed by Judge Susan Russ Walker on 2/6/06. (snc) (Entered: 02/06/2006) |
| 02/20/2006 | 62 | RESPONSE TO ORDER TO SHOW CAUSE by Timothy Russell (Freeman, Christine) (Entered: 02/20/2006) |
| 02/22/2006 | 63 | ORDER denying as moot 60 Motion for Order Directing Counsel to Return File and Records as to Timothy Russell (1). Signed by Judge Susan Russ Walker on 2/22/06. (snc) (Entered: 02/22/2006) |