ORIGINAL

AO 240 (Rev. 10/03)

FOR USE WITH §2255s ONLY

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RECEIVED 2006 MAR 31 A 9: 37

UNITED STATES OF AMERICA

Plaintiff

V.

Defendant

TIMOTHY RUSSELL

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

**\*\* See Notice on Second Page**

CASE NUMBER: 2:04-cr-00150-T

2:06CV288-T

I, _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCI Talladega, PMB 1000, Talladega, AL. 35160__

   Are you employed at the institution? __Yes__    Do you receive any payment from the institution? __Yes__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                              ☐ Yes    ☐ No
   f. Any other sources                                  ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

My family sends me some money to pay for expenses that the prison does not provide. Please see attached inmate's account statement.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   If any of your dependants are minors, please do not list their full name; just list their initials.

I declare under penalty of perjury that the above information is true and correct.

_3-27-2006_   _Timothy Russell_
Date             Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**NOTICE TO PRISONER FILING UNDER 28 U.S.C. §2255:** Complete this form only if you do not have the necessary funds for transcripts, counsel, etc. There is NO FILING FEE for §2255 motions.

# Inmate Statement

| | |   | | |
|---|---|---|---|---|
| Inmate Reg #: | 11530002 | Current Institution: | Talladega FCI | |
| Inmate Name: | RUSSELL, TIMOTHY | Housing Unit: | UNIT B | |
| Report Date: | 03/27/2006 | Living Quarters: | B07-009L | |
| Report Time: | 10:42:10 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 3/26/2006 9:13:49 PM | ITS0326 | | | Phone Withdrawal | ($3.00) | | $131.14 |
| TDG | 3/25/2006 2:11:25 PM | ITS0325 | | | Phone Withdrawal | ($2.00) | | $134.14 |
| TDG | 3/24/2006 10:54:24 PM | ITS0324 | | | Phone Withdrawal | ($3.00) | | $136.14 |
| TDG | 3/24/2006 5:14:57 PM | ITS0324 | | | Phone Withdrawal | ($2.00) | | $139.14 |
| TDG | 3/23/2006 4:34:30 PM | ITS0323 | | | Phone Withdrawal | ($2.00) | | $141.14 |
| TDG | 3/21/2006 10:06:24 AM | 33312306 | | | Western Union | $100.00 | | $143.14 |
| TDG | 3/16/2006 5:52:26 PM | 53 | | | Sales | ($16.00) | | $43.14 |
| TDG | 3/16/2006 11:54:46 AM | 27 | | | Sales | ($54.60) | | $59.14 |
| TDG | 3/15/2006 5:30:13 PM | ITS0315 | | | Phone Withdrawal | ($2.00) | | $113.74 |
| TDG | 3/12/2006 3:15:54 PM | ITS0312 | | | Phone Withdrawal | ($2.00) | | $115.74 |
| TDG | 3/12/2006 2:14:43 PM | ITS0312 | | | Phone Withdrawal | ($2.00) | | $117.74 |
| TDG | 3/7/2006 1:59:19 PM | 6017 | | | FRP Monthly Pymt | ($25.00) | | $119.74 |
| TDG | 3/7/2006 1:28:49 PM | FIPP0206 | | | Payroll - IPP | $7.20 | | $144.74 |
| TDG | 3/4/2006 2:01:33 PM | ITS0304 | | | Phone Withdrawal | ($2.00) | | $137.54 |
| TDG | 3/2/2006 6:21:12 PM | 109 | | | Sales | ($39.05) | | $139.54 |
| TDG | 3/1/2006 4:31:33 PM | ITS0301 | | | Phone Withdrawal | ($2.00) | | $178.59 |
| TDG | 2/26/2006 4:43:11 PM | ITS0226 | | | Phone Withdrawal | ($2.00) | | $180.59 |
| TDG | 2/24/2006 5:08:38 PM | ITS0224 | | | Phone Withdrawal | ($2.00) | | $182.59 |
| TDG | 2/23/2006 6:39:47 PM | 115 | | | Sales | ($23.00) | | $184.59 |
| TDG | 2/23/2006 12:07:30 PM | 88 | | | Sales | ($3.10) | | $207.59 |
| TDG | 2/21/2006 5:10:31 PM | ITS0221 | | | Phone Withdrawal | ($2.00) | | $210.69 |
| TDG | 2/20/2006 10:58:19 AM | ITS0220 | | | Phone Withdrawal | ($2.00) | | $212.69 |
| TDG | 2/19/2006 2:37:59 PM | ITS0219 | | | Phone Withdrawal | ($2.00) | | $214.69 |
| TDG | 2/19/2006 1:30:48 PM | ITS0219 | | | Phone Withdrawal | ($2.00) | | $216.69 |
| TDG | 2/18/2006 8:05:18 PM | ITS0218 | | | Phone Withdrawal | ($2.00) | | $218.69 |
| TDG | 2/16/2006 6:54:30 PM | 146 | | | Sales | ($83.40) | | $220.69 |
| TDG | 2/13/2006 10:48:43 PM | ITS0213 | | | Phone Withdrawal | ($1.00) | | $304.09 |
| TDG | 2/13/2006 9:48:42 PM | ITS0213 | | | Phone Withdrawal | ($2.00) | | $305.09 |
| TDG | 2/12/2006 3:38:40 PM | ITS0212 | | | Phone Withdrawal | ($3.00) | | $307.09 |
| TDG | 2/11/2006 8:09:47 PM | 33309606 | | | Western Union | $300.00 | | $310.09 |
| TDG | 2/9/2006 9:52:59 PM | ITS0209 | | | Phone Withdrawal | ($2.00) | | $10.09 |
| TDG | 2/7/2006 8:26:19 AM | FIPP0106 | | | Payroll - IPP | $5.25 | | $12.09 |
| TDG | 2/2/2006 11:26:16 PM | ITS0202 | | | Phone Withdrawal | ($1.00) | | $6.84 |

| Alpha Code | Date | Reference | Description | Amount | Balance |
|---|---|---|---|---|---|
| TDG | 2/2/2006 11:25:29 PM | ITS0202 | Phone Withdrawal | ($1.00) | $7.84 |
| TDG | 2/2/2006 6:21:32 PM | 147 | Sales | ($91.90) | $8.84 |
| TDG | 1/30/2006 1:12:38 PM | 33308706 | Western Union | $100.00 | $100.74 |
| TDG | 1/12/2006 8:25:39 PM | ITS0112 | Phone Withdrawal | ($1.00) | $0.74 |
| TDG | 1/12/2006 7:16:54 PM | 175 | Sales | ($24.50) | $1.74 |
| TDG | 1/6/2006 11:13:35 AM | FIPP1205 | Payroll - IPP | $5.25 | $26.24 |
| TDG | 1/4/2006 7:43:24 PM | 48 | Sales | ($115.95) | $20.99 |
| TDG | 1/2/2006 6:41:47 PM | ITS0102 | Phone Withdrawal | ($2.00) | $136.94 |
| TDG | 1/1/2006 9:13:43 PM | ITS0101 | Phone Withdrawal | ($2.00) | $138.94 |
| TDG | 1/1/2006 11:19:48 AM | ITS0101 | Phone Withdrawal | ($5.00) | $140.94 |
| TDG | 12/28/2005 10:23:06 PM | ITS1228 | Phone Withdrawal | ($3.00) | $145.94 |
| TDG | 12/28/2005 8:05:34 PM | 73 | Sales | ($50.25) | $148.94 |
| TDG | 12/28/2005 4:35:57 PM | ITS1228 | Phone Withdrawal | ($1.00) | $199.19 |
| TDG | 12/28/2005 12:06:18 PM | 33306406 | Western Union | $100.00 | $200.19 |
| TDG | 12/28/2005 11:06:22 AM | 33306406 | Western Union | $100.00 | $100.19 |
| TDG | 12/27/2005 6:35:31 PM | ITS1227 | Phone Withdrawal | ($1.00) | $0.19 |
| TDG | 12/25/2005 2:02:22 PM | ITS1225 | Phone Withdrawal | ($5.00) | $1.19 |

1 2 3

Total Transactions: 142

Totals: $131.14   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $131.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.14 |
| Totals: | $131.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.14 |

# Inmate Statement

| | | |
|---|---|---|
| Inmate Reg #: | 11530002 | |
| Inmate Name: | RUSSELL, TIMOTHY | |
| Report Date: | 03/27/2006 | |
| Report Time: | 10:45:03 AM | |
| Current Institution: | Talladega FCI | |
| Housing Unit: | UNIT B | |
| Living Quarters: | B07-009L | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | 12/25/2005 1:05:27 PM | ITS1225 | | | Phone Withdrawal | ($1.00) | | $6.19 |
| TDG | 12/21/2005 6:35:07 PM | 124 | | | Sales | ($42.15) | | $7.19 |
| TDG | 12/19/2005 5:06:32 PM | ITS1219 | | | Phone Withdrawal | ($1.00) | | $49.34 |
| TDG | 12/18/2005 1:43:47 PM | ITS1218 | | | Phone Withdrawal | ($2.00) | | $50.34 |
| TDG | 12/18/2005 12:40:33 PM | ITS1218 | | | Phone Withdrawal | ($2.00) | | $52.34 |
| TDG | 12/15/2005 8:52:02 PM | ITS1215 | | | Phone Withdrawal | ($1.00) | | $54.34 |
| TDG | 12/14/2005 9:47:23 PM | ITS1214 | | | Phone Withdrawal | ($2.00) | | $55.34 |
| TDG | 12/14/2005 7:07:36 PM | 35 | | | Sales | ($43.40) | | $57.34 |
| TDG | 12/14/2005 2:07:48 PM | 33305406 | | | Western Union | $100.00 | | $100.74 |
| TDG | 12/7/2005 6:57:56 PM | 107 | | | Sales | ($46.24) | | $0.74 |
| TDG | 12/7/2005 9:57:17 AM | 6008 | | | FRP Quarterly Pymt | ($25.00) | | $46.98 |
| TDG | 12/7/2005 9:14:03 AM | FIPP1105 | | | Payroll - IPP | $25.00 | | $71.98 |
| TDG | 12/7/2005 9:13:45 AM | FIPP1105 | | | Payroll - IPP | $18.60 | | $46.98 |
| TDG | 12/4/2005 1:35:27 PM | ITS1204 | | | Phone Withdrawal | ($3.00) | | $28.38 |
| TDG | 12/4/2005 7:55:49 AM | ITS1204 | | | Phone Withdrawal | ($3.00) | | $31.38 |
| TDG | 12/3/2005 1:07:34 PM | ITS1203 | | | Phone Withdrawal | ($2.00) | | $34.38 |
| TDG | 12/3/2005 10:55:54 AM | ITS1203 | | | Phone Withdrawal | ($1.00) | | $36.38 |
| TDG | 11/30/2005 9:31:09 PM | ITS1130 | | | Phone Withdrawal | ($3.00) | | $37.38 |
| TDG | 11/30/2005 9:06:38 PM | ITS1130 | | | Phone Withdrawal | ($1.00) | | $40.38 |
| TDG | 11/30/2005 6:23:51 PM | 48 | | | Sales | ($61.53) | | $41.38 |
| TDG | 11/28/2005 11:07:27 PM | ITS1128 | | | Phone Withdrawal | ($1.00) | | $102.91 |
| TDG | 11/28/2005 1:44:06 PM | 33304206 | | | Western Union | $100.00 | | $103.91 |
| TDG | 11/27/2005 7:34:04 PM | ITS1127 | | | Phone Withdrawal | ($1.00) | | $3.91 |
| TDG | 11/23/2005 5:21:05 PM | ITS1123 | | | Phone Withdrawal | ($5.00) | | $4.91 |
| TDG | 11/22/2005 7:22:49 PM | 110 | | | Sales | ($42.38) | | $9.91 |
| TDG | 11/19/2005 1:01:59 PM | ITS1119 | | | Phone Withdrawal | ($3.00) | | $52.29 |
| TDG | 11/19/2005 11:03:22 AM | ITS1119 | | | Phone Withdrawal | ($3.00) | | $55.29 |
| TDG | 11/16/2005 6:31:09 PM | 70 | | | Sales | ($42.30) | | $58.29 |
| TDG | 11/15/2005 6:10:17 PM | 33303306 | | | Western Union | $100.00 | | $100.59 |
| TDG | 11/12/2005 11:35:02 AM | ITS1112 | | | Phone Withdrawal | ($2.00) | | $0.59 |
| TDG | 11/10/2005 11:03:53 PM | ITS1110 | | | Phone Withdrawal | ($2.00) | | $2.59 |
| TDG | 11/8/2005 7:16:45 PM | 131 | | | Sales | ($41.40) | | $4.59 |
| TDG | 11/7/2005 2:17:21 PM | FIPP1005 | | | Payroll - IPP | $15.12 | | $45.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TDG | 11/6/2005 12:30:54 PM | ITS1106 | | Phone Withdrawal | ($2.00) | $30.87 |
| TDG | 11/3/2005 11:07:10 PM | ITS1103 | | Phone Withdrawal | ($2.00) | $32.87 |
| TDG | 11/3/2005 1:21:54 PM | 118 | | Sales | ($43.80) | $34.87 |
| TDG | 11/2/2005 6:08:25 PM | 118 | | Sales | ($28.34) | $78.67 |
| TDG | 11/2/2005 6:06:22 PM | 117 | | Sales | ($36.49) | $107.01 |
| TDG | 11/2/2005 4:33:38 PM | ITS1102 | | Phone Withdrawal | ($2.00) | $143.50 |
| TDG | 10/30/2005 3:55:38 PM | ITS1030 | | Phone Withdrawal | ($6.00) | $145.50 |
| TDG | 10/30/2005 11:04:38 AM | 33302206 | | Western Union | $100.00 | $151.50 |
| TDG | 10/30/2005 10:19:08 AM | ITS1030 | | Phone Withdrawal | ($2.00) | $51.50 |
| TDG | 10/27/2005 6:04:38 PM | ITS1027 | | Phone Withdrawal | ($8.00) | $53.50 |
| TDG | 10/27/2005 4:46:15 PM | ITS1027 | | Phone Withdrawal | ($2.00) | $61.50 |
| TDG | 10/26/2005 5:37:34 PM | 102 | | Sales | ($44.30) | $63.50 |
| TDG | 10/23/2005 6:13:29 PM | ITS1023 | | Phone Withdrawal | ($3.00) | $107.80 |
| TDG | 10/19/2005 6:29:26 PM | 136 | | Sales | ($3.10) | $110.80 |
| TDG | 10/19/2005 6:28:33 PM | 135 | | Sales | ($29.75) | $113.90 |
| TDG | 10/19/2005 6:09:04 PM | 33301406 | | Western Union | $110.00 | $143.65 |
| TDG | 10/19/2005 4:55:06 PM | ITS1019 | | Phone Withdrawal | ($3.00) | $33.65 |

<u>1</u> 2 <u>3</u>

**Total Transactions: 142**

**Totals:**     **$131.14**     **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TDG | $131.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $131.14 |
| **Totals:** | **$131.14** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$131.14** |