**ORIGINAL**

RECEIVED

IN THE UNITED STATES DISTRICT COURT 2006 MAR 31 A 9: 27
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

```
UNITED STATES OF AMERICA,      :
                               :
          Plaintiff,           :
                               :
versus                         :   CRIMINAL CASE NO.2:04-cr-150-MHT-WO
                               :
TIMOTHY RUSSELL,               :   2:06CV288-T
                               :
          Defendant.           :
_____:
```

DEFENDANT'S OMNIBUS MOTION FOR ABEYANCE, FOR REQUEST OF DOCUMENTS,
AND FOR LEAVE TO AMEND AND SUPPLEMENT 28 U.S.C. §2255 MOTION

COMES NOW the pro se Defendant Timothy Russell ("Russell"), and hereby respectfully moves this Honorable Court to grant the instant motion, and in support thereof states the following:

In consort with this motion, Russell has filed a Motion to Vacate under 28 U.S.C. §2255, and an Application to Proceed Without Prepayment of Fees And Affidavit.

Russell states that his §2255 motion is incomplete because he does not have all documents from his criminal case. Previously, on February 2, 2006, Russell filed a pleading styled as a "Motion for Order Directing Discharged Counsel to Return Defendant's File and Records." (Doc.#60). On February 6, 2006, this Honorable Court issued order to counsel, Mr. Kevin Butler, Federal Public Defender, to show cause why the motion should not be granted. On February (sic) 31, 2006, counsel Butler send to Russell copies from his original file; however, the file is lacking copies of Russell's plea hearing and sentencing hearing transcripts. Therefore, Russell prays the Court to

1

issue Order to the Office of the Clerk to provide Russell with a copy of these transcripts, and a copy of the docket sheet for record references.

A federal prisoner does not have an absolute right to any transcripts of his criminal proceeding in order to prepare a §2255 motion. See United States v. MacCollum, 426 U.S. 317 (1976). However, after a §2255 motion is filed, transcripts may be furnished to a prisoner at Government expense (1) if the prisoner is entitled to proceed in forma pauperis, and (2) the Court certifies that the claim raised in the §2255 proceeding is not frivolous and the transcript is needed to decide the motion. See 28 U.S.C. §753(f).

Here, Russell has filed a motion to proceed in forma pauperis, showing his indigent status. See Advisory Committee to Rule 3 Governing Section 2255 Proceedings. See Bundy v. Wainwright, 808 F3d 1410, 1415 (CA11 1987)([T]he obligation to come forward with the Court's record is squarely upon the respondent, not the petitioner); United States v. Horvarth, 157 F3d 131 (CA2 1998)(motion for free transcripts ripe once petitioner filed §2255 challenging sentence).

Consequently, because Russell's §2255 motion [Form] is incomplete, he asks the Court to hold the case in abeyance until he receives the requested transcripts that are needed to amend and supplement the claims he sparsely raises in the §2255-Form, and that once he receives the transcripts, the Court grant him enough time to allow him to file--if needed--a motion to amend and/or supplement his §2255 motion.

Russell asserts that this motion is filed in good faith and in no way to inure any vexation or time restrains upon this Honorable Court or onto the Government.

CONCLUSION

Based upon the foregoing Russell respectfully prays that this Honorable Court grant this motion, and any other relief the Court deems just and proper in the best interest of justice.

Respectfully submitted, and executed this 27th day of March, 2006.

*Timothy Russell*
Timothy Russell
#11530-002 (B/B)
FCI Talladega
PMB 1000

CERTIFICATE OF SERVICE

I hereby certify pursuant to 28 U.S.C. §1746, that one original and two copies of this motion accompanying my §2255 motion were mailed this 27th day of March, 2006, via first class mail, postage prepaid, pursuant to <u>Washington v. United States</u>, 243 F3d 1299, 1301 (CA11 2001), to:

Office of of Clerk
United States District Court
P.O.Box 711
Montgomery, AL 36101-0711

*Timothy Russell*
Timothy Russell
Pro Se Defendant