IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv288-MHT |
| ) | |
| TIMOTHY RUSSELL ) | |

**ORDER ON MOTION**

Pending before the court is an application to proceed without prepayment of fees (Doc. # 2) filed by movant Timothy Russell in conjunction with his motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. There is no filing fee required for a motion to vacate filed pursuant to 28 U.S.C. § 2255. Accordingly, upon consideration of the application to proceed without prepayment of fees, it is

ORDERED that the application be and is hereby DENIED as moot.

DONE, this 4th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE