IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv288-MHT |
| | ) | [WO] |
| TIMOTHY RUSSELL | ) | |

**ORDER ON MOTION**

On March 31, 2006, movant Timothy Russell filed a pleading (Doc. # 3) styled as "Defendant's Omnibus Motion for Abeyance, for Request of Documents, and for Leave to Amend and Supplement 28 U.S.C. § 2255 Motion." The court construes this pleading to contain (1) a motion to stay proceedings, (2) a motion requesting copies of the guilty plea and sentencing transcripts, and (3) a motion for leave to amend the § 2255 motion. Upon consideration of these motions, and for good cause, it is ORDERED as follows:

1. The motion to stay proceedings is DENIED

2. The motion requesting copies of the guilty plea and sentencing transcripts is DENIED at this time.

3. The motion for leave to amend the § 2255 motion is GRANTED.

DONE, this 4th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE