IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CV. NO. <u>2:06-CV-288-MHT-SRW</u> |
| TIMOTHY RUSSELL ) | |

<u>MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION
PURSUANT TO 28 U.S.C. § 2255</u>

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in support of the above-referenced motion, states as follows:

1. This Honorable Court, by Order dated April 4, 2006, ordered the United States to respond to the defendant's § 2255 motion. The response is due on May 4, 2006.

2. The undersigned attorney is on active military duty out of the state until May 15, 2006. The paralegal involved in this action is experiencing a heavy workload and conflicting deadlines.

3. Accordingly, the United States requests an extension of fourteen days (14) days in which to respond to the defendant's § 2255 motion. If granted, the new due date will be May 18, 2006.

Respectfully submitted this the 2nd day of May, 2006.

                                           LEURA G. CANARY
                                           UNITED STATES ATTORNEY

                                           s/Terry F. Moorer
                                           TERRY F. MOORER   ASB-1176-O73T
                                           Assistant United States Attorney
                                           One Court Square, Suite 201
                                           Montgomery, AL 36104
                                           Phone: (334)223-7280   Fax: (334)223-7135
                                           E-mail: <u>terry.moorer@usdoj.gov</u>

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV. NO. 2:06-CV-288-MHT-SRW |
| | ) | |
| TIMOTHY RUSSELL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served a copy of the foregoing on Timothy Russell, #11530-002, FCI Talladega, PMB 1000, Talladega, AL 35160, by depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to him.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T