IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv288-MHT |
| | ) | |
| TIMOTHY RUSSELL | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on May 2, 2006 (Doc. #8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the United States be GRANTED an extension from May 4, 2006, to and including May 18, 2006, to file a response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on April 4, 2006.

Done, this 3rd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE