IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO. 2:06cv288-MHT |
| | ) | (CR. NO. 2:04cr150MHT) |
| v. | ) | |
| | ) | |
| TIMOTHY RUSSELL | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF MONTGOMERY | ) |

I, KEVIN L. BUTLER, state the following:

1. I am an attorney admitted to practice law in Arizona, the Eastern District of California, the District of Nevada, the Middle District of Alabama, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. I have been employed as an Assistant Federal Public Defender for over 13 years and in the Middle District of Alabama since November 19, 1998.

2. On or about April 12, 2006, I submitted affidavit addressing the ineffective assistance of counsel claims contained in Mr. Russell's Habeas Petition filed in this matter.

3. As a supplement to my response to Mr. Russell's first allegation, I also assert that at no time after his sentencing and prior to the filing of his habeas petition did Mr. Russell advise counsel that he wished to appeal the judgement and/or conviction.

Dated this 17th day of May 2006.

Respectfully submitted,

_____
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407

Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

Sworn and subscribed to before me this 17th day of May 2006.

_____
NOTARY PUBLIC
My Commission expires: 6/15/08

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CIVIL ACTION NO. 2:06cv288-MHT |
| | ) | (CR. NO. 2:04cr150MHT) |
| v. | ) | |
| | ) | |
| TIMOTHY RUSSELL | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of May 2006, served a copy of the foregoing upon the following, by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed:

Terry Moorer, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138