IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04-CR-150-T |
| | ) | [21 USC 841(a)(1)] |
| TIMOTHY RUSSELL | ) | |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

FILED
FEB -9 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges:

### COUNT 1

on or about June 11, 2003, in Montgomery County, within the Middle District of Alabama, and elsewhere,

TIMOTHY RUSSELL,

defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

On or about June 11, 2003, in Montgomery County, within the Middle District of Alabama, and elsewhere,

TIMOTHY RUSSELL,

defendant herein, did knowingly and intentionally possess and possess with intent to distribute approximately 178.7 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Terry F. Moorer
Assistant United States Attorney