May 31, 2006

Timothy Russell
#11530-002
FCI Talladega
PMB 1000
Talladega, AL 35160

Honorable Terry Moorer
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

    RE:   USA v. Timothy Russell
           Case No. 2:06-cv-288-MHT-SRW
           (2:04-cr-150-T)

Dear Mr. Moorer:

    I am in receipt of the copy of the United States' Response to §2255 Motion dated May 18, 2006, which I received today.

    I notice that in the motion you state that Kevin Butler [Esq.] has filed an affidavit in this case. Your motion, page 13.

    There is no copy of Mr. Butler's affidavit within the documents you sent me. I respectfully request that you please send me a copy of Mr. Butler's affidavit in that I need it for preparing and filing my reply motion in court.

    Thank you for your prompt attention in this matter.

    Respectfully yours,

*Timothy Russell*
Timothy Russell
Pro Se Petitioner

cc:   Clerk of Court.
      File