IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Respondent,

vs.

TIMOTHY RUSSELL,

    Defendant/Movant.
_____/

NO. 2:06-cv-288-MHT-SRW
(2:04-cr-150-T)

## SWORN AFFIDAVIT OF TIMOTHY RUSSELL

The undersigned Timothy Russell, deposes and states the following pursuant to 28 U.S.C. §1746.

1. My name is Timothy Russell. I am the Defendant/Movant in the above entitled cause.

2. I am over eighteen (18) years of age, of sound mind and body, and otherwise competent to testify.

3. The information provided herein by me is true and correct to the best of my knowledge and recollection.

4. I am making this Affidavit out of my own free will, and no one has promised me anything or threatened me in any way in the making of this Affidavit.

5. Mr. Kevin Butler represented me in my criminal case, and after I was sentenced, I asked him to file a direct appeal for me, he stated that he will look into it and then he will file it. Mr. Butler said that I had nothing coming because I signed a plea agreement, but he will file it anyway.

6. I sent several letters asking Mr. Butler to inform me about the status of my appeal. Mr. Butler ignored all of my letters. Upon an inquire

Page 1 of 2.

to the appellate court, I learned that Mr. Butler had neither filed a notice of appeal, nor a direct appeal, or any other necessary motions to preserve my right to appeal.

7. On February 7, 2006, I filed a complaint against Mr. Butler in the Alabama State Bar. On February 20, 2006, the Alabama State Bar informed me that they cannot do anything about my complaint against Mr. Butler because he is not licenced through the Alabama State Bar. See Exhibit C, attached to Russell's reply to government's response to §2255 motion.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn and submitted pursuant to Title 28 U.S.C. §1746, this 2nd day June, 2006.

*Timothy Russell*
Timothy Russell, Affiant
#11530-002
FCI Talladega
PMB 1000
Talladega, AL 35160