# COMPLAINT AGAINST A LAWYER

Return your completed form to:

Alabama State Bar
Disciplinary Commission
P. O. Box 671
Montgomery, AL 36101-0671

## INSTRUCTIONS

➢ Read our brochure, COMPLAINTS AGAINST ALABAMA LAWYERS, before you complete this form.

➢ Type or write legibly but do not use the back of any page. Please do not use pencil.

➢ Do not fax your form to us or send your form via the Internet.

| INFORMATION ABOUT YOU | INFORMATION ABOUT THE LAWYER |
|---|---|
| Timothy Russell | Kevin Butler |
| Last Name,   First Name | Last Name,   First Name |
| #11530-002 (B/B). PMB 1000 | 201 Monroe Street |
| Address | Address |
| Talladega, AL 35160 | Montgomery, AL 35160 |
| City, State, ZIP Code | City, State, ZIP Code |
| N/A | Unknown |
| Telephone Number(s) | Telephone Number(s) |

_____
Alternate address/phone number

## INFORMATION ABOUT YOUR COMPLAINT

Describe **your** relationship to the lawyer who is the subject of your complaint by checking the box that best describes you:

☐ Client
☒ Former Client
☐ Opposing Party

☐ Opposing Counsel
☐ Judicial
☐ Other: _____

On what date did the alleged ethics violation occur?  About June, 2005.

What was your fee arrangement with the attorney?  He was a court appointed counsel

Is there a court case related to your complaint?  __XX__ YES  _____ NO

If yes, what is the case name and file number, and who is the lawyer representing you?

Case No.2:04-cr-00150-T. This is the criminal case in which he represented me in federal court, in Montgomery, AL.

## EXPLANATION OF YOUR COMPLAINT

Explain your complaint in your own words. Include the following: all-important dates, times, places, and court file numbers. Attach additional pages, if necessary. Attach <u>copies</u> (not your originals) of any relevant documents. Please be advised we <u>cannot return documents</u> submitted to this office. You should retain a copy of all materials you submit. Do not send cassette tapes unless requested by the Bar to do so. The Alabama State Bar cannot be held responsible for lost, misdirected or damaged documents.

Mr. Butler represented me in my criminal case. Subsequently, he was supposed to file a notice of appeal and a direct appeal in my case. Upon an inquire to the courts, I learned that he did not prosecute the necessary motions in court to preserve my rights to appeal. Furthermore, I have sent him several letters asking him to send me a copy of my entire file so I can proceed pro se in court before the time limitations to file a 28 U.S.C. §2255 motion expire.

Mr. Butler has simply decided to abandoned me in this case and has also decided to "ignore" all my correspondence sent to him in relation to the matters explained herein, thus, obstructing my rights to have meaningful and prompt access to the courts.

I hereby certify that the information I am providing is true and accurate to the best of my knowledge. I am willing to sign a statement under oath that this is true.

_Timothy Russell_ (signature)
Timothy Russell
Name (signature)

Date: February 7, 2006

Sworn to and subscribed before me this ___7th___ day of ___February___, 20__06__.

[SEAL]

NOTARY PUBLIC

MY COMMISSION EXPIRES: 9-17-2006



ALABAMA STATE BAR
**THE DISCIPLINARY COMMISSION**
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

February 20, 2006

Mr. Timothy Russell
#11530-002 (B/B)
PMB 1000
Talladega, AL 35160

    RE: Complaint against Kevin Butler

Dear Mr. Russell:

Be advised that above-referenced attorney, whom you filed a complaint against, is not licensed through the Alabama State Bar. It appears that Mr. Butler is with the Federal Defenders Office, therefore not under the jurisdiction of the Alabama State Bar.

    Sincerely,

Kim J. Ellis
Complaints Intake Coordinator

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.