IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIMOTHY RUSSELL,

    Defendant/Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.

CIVIL ACTION NUMBER
2:06-CV-288-MHT-SRW

PETITIONER'S MOTION FOR SCHEDULING CONFERENCE AND FOR EVIDENTIARY HEARING

    COMES NOW the Petitioner, Timothy Russell, pro se, in this cause, and hereby pursuant to Rule 16 of the Federal Rules of Civil Procedure (Fed.R.Civ.P.), moves this Honorable Court to schedule a conference and a hearing, and that an Order be issued for the purpose of moving this case forward as contemplated by Rule 16 Fed.R.Civ.P., regarding pretrial orders on conferences and hearings in civil actions. In support plaintiff shows as follows:

    1.    All motions, documents, and affidavits, have been filed by both parties involved in this case, and the case is ripe for decision and ruling by the Court.

    2.    Petitioner believes that a conference and hearing is necessary to determine petitioner's claims and allegations in that the interest of justice calls for such a conference and hearing. Rule 16(b) Fed.R.Civ.P. provides in relevant part that, after receiving the report from the parties under Rule 26(f), or after consulting with the attorneys for the parties and any unrepresented parties by a scheduled conference, telephone, mail, or other

1

suitable means [the district court shall] enter a scheduling order ... The order shall issue as soon as practicable but in any event within 90 days after the appearance of a defendant and within 120 days after the complaint has been served on a defendant.

3.   Petitioner shows that more than 90 days have expired since the last appearance of the defendant and/or the filing of any of its pleadings in this case. And, more than 120 days have expired since the complaint has been filed and served on the defendant [United States of America].

WHEREFORE, petitioner moves this Honorable Court to issue an Order identifying a date for purposes of scheduling a conference and a hearing, and enter a Scheduling Order to guide the parties towards an expeditious resolution of the case. Petitioner also prays for any other relief the Court deems just and fair as the law and constitution mandates.

Respectfully submitted this 17th day of August, 2007.

*Timothy Russell*
Timothy Russell
#11530-002 (A/A)
FCI-Talladega
PMB 1000
Talladega, AL 35160


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was mailed this August 17, 2007, first class mail, postage prepaid, to: United States Attorney's Office, Terry Moorer, A.U.S.A., P.O.Box 197, Montgomery, AL 36101-0197.

*Timothy Russell*
Timothy Russell
Pro Se Petitioner

Timothy Russell
NAME
REG. NO. 11530-002

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

Legal Mail

BIRMINGHAM AL 352
23 AUG 2007 PM 5 L

Office of Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711