IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY RUSSELL, | ) | |
| | ) | |
| Defendant/Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv288-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**ORDER**

Upon consideration of petitioner's motions for scheduling conference and for evidentiary hearing (Doc. # # 14, 15), filed May 9, 2007 and August 24, 2007, and for good cause, it is

ORDERED that the motions are GRANTED to the extent that an evidentiary hearing is scheduled as set out below.

In February 2005, Defendant/Petitioner, Timothy Russell ("Russell"), pled guilty to conspiracy to possess with intent to distribute cocaine base. On May 20, 2005 he was sentenced. In a 28 U.S.C. § 2255 motion filed on March 31, 2006 (Doc. # 1), Russell claims, *inter alia*, that his trial counsel was ineffective in failing to file an appeal on his behalf. After considering the submissions pertinent to this issue, the Magistrate Judge determines, pursuant to *Rule 8, Rules Governing Section 2255 Proceedings for the United States District Court*, that an evidentiary hearing is required for resolution of this ineffectiveness of trial counsel issue. Accordingly, it is

ORDERED as follows:

1. Pursuant to Rule 8(c), the court finds Russell eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and accordingly appoints J. Carlton Taylor, a CJA panel attorney, to represent him on the sole claim set for evidentiary hearing.

2. Appointed counsel shall file promptly a notice of appearance pursuant to this limited purpose appointment and proceed to confer with Russell, and otherwise take an appropriate investigation, concerning this claim.

3. An evidentiary hearing is scheduled for 10:00 a.m. on February 12, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

4. Petitioner shall be brought to this district not less than a week in advance of the scheduled hearing in order to facilitate communications with appointed counsel, J. Carlton Taylor, in preparation for the hearing.

5. Counsel shall exchange, and file with the court, lists of witnesses and exhibits not later than February 4, 2008. All exhibits shall be pre-marked using the same numbers indicated on the exhibit lists, and each party shall deliver to the courtroom deputy prior to commencement of the hearing the original, pre-marked exhibits along with a copy of the exhibits for use by the court.

6. The Clerk is DIRECTED to serve this order upon the appointed CJA panel attorney and to make the case file available as reasonably requested.

DONE, this 7th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE