IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL )<br>     Defendant/Petitioner )<br>     )<br>v. )<br>     )<br>UNITED STATES OF AMERICA )<br>     Respondent/Plaintiff )<br>     ) | 2:06-CV-288-MHT |

## LIMITED NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Limited Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant/Petitioner, Timothy Russell. Counsel files this Limited Notice of Appearance of Counsel for the purposes of the evidentiary hearing currently scheduled for February 12, 2008 at 10:00 am. (Document # 16). Counsel further requests that all future notices, pleadings, motions and correspondence relating to this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 8th day of January, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 8th day of January, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
 Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Louis V. Franklin, Sr.
louis.franklin@usdoj.gov
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197