IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIMOTHY RUSSELL**          ) | |
| ) | |
| v.                                           ) | |
| ) | CR. NO. 2:06-cv-288-MHT |
| **UNITED STATES OF AMERICA**  ) | |
| ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 8th day of January, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Verne H. Speirs
                VERNE H. SPEIRS
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                (334) 223-7280
                (334) 223-7138 fax
                verme.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:06-cv-288-MHT |
| UNITED STATES OF AMERICA ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Timothy Russell
11530-002
FCI Talladega
PMB 1000
Talladega, AL 35160

          Respectfully submitted,

          /s/ Verne H. Speirs
          VERNE H. SPEIRS
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          (334) 223-7280
          (334) 223-7138 fax
          verne.speirs@usdoj.gov