IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv288-MHT |
| | ) | |
| TIMOTHY RUSSELL | ) | |

**ORDER ON MOTION**

On, January 8, 2008, the United States filed a motion for substitution of counsel (Doc. No. 19), in which the government requests that the court substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States in this matter in place of former Assistant United States Attorney Terry F. Moorer. Upon consideration of the motion for substitution of counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 9th day of January, 2008.

                                             /s/Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE