IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY RUSSELL | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-cv-288-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

<u>UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests a continuance of the evidentiary hearing in this case. In support thereof, we would show the following:

1. An evidentiary hearing is set in this case for February 12, 2008 at 10:00 a.m.

2. The government intends to call as a witness, Attorney Kevin Butler, Federal Defenders Office.

3. Attorney Kevin Butler is presently on leave due to the recent birth of his child. He is scheduled to be on leave for approximately three months. He will be unable to testify on the day and time of the presently set hearing. In addition, the parties are currently negotiating a resolution of this matter that may obviate the need for a hearing.

4. Counsel for the United States has contacted Jon Carlton Taylor, attorney for the Defendant/Petitioner, and he has no objection to the hearing being continued until May, 2008.

5. The government also requests that the deadline of today, February 4, 2008, be continued to furnish its exhibit list and witness list to the Court.

6. The Defendant will not suffer any prejudice should the Court grant this motion.

For the reasons stated above, the United States requests that this Honorable Court grant a

continuance of the evidentiary hearing in this case, currently set for February 12, 2008, at 10:00 a.m., until May, 2008, and also requests that the deadline for furnishing its exhibit list and witness list to the Court be continued.

Respectfully submitted this the 4th day of February, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7138 fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL ) | |
| ) | |
| v. ) | Cr. No. 2:06-cv-288-MHT |
| ) | |
| UNITED STATES OF AMERICA ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on February 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon Carlton Taylor, Esq.

                Respectfully submitted,

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Verne H. Speirs
                VERNE H. SPEIRS
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7138 fax
                verne.speirs@usdoj.gov