IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL, ) | |
|     Plaintiff, ) | |
| ) | CV. NO. 2:06-cv-288-MHT |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Defendants, ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   This party is an individual, or

☒   This party is a governmental entity, or

☒   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                        <u>Relationship to Party</u>

_____         _____

Dated this the 5th day of February, 2008.    /s/Verne H. Speirs
                                                                VERNE H. SPEIRS
                                                                Assistant United States Attorney
                                                                Counsel for the United States of America
                                                                Post Office Box 197
                                                                Montgomery, AL 36101-0197
                                                               334-223-7280
                                                               334-223-7138 fax
                                                               verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL,           )<br>    Plaintiff,                      )<br>                                         )<br>v.                                       )<br>                                         )<br>UNITED STATES OF AMERICA, )<br>    Defendants,                  ) | CV. NO. 2:06-cv-288-MHT |

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon Carlton Taylor, Esquire.

                                                               Respectfully submitted,
                                                                LEURA G. CANARY
                                                                UNITED STATES ATTORNEY

                                                               /s/Verne H. Speirs
                                                               VERNE H. SPEIRS
                                                               Assistant United States Attorney
                                                               131 Clayton Street
                                                               Montgomery, AL 36104
                                                               Phone: (334)223-7280
                                                               Fax: (334)223-7138
                                                               E-mail: verme.speirs@usdoj.gov