IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv288-MHT |
| | ) | (WO) |
| TIMOTHY RUSSELL | ) | |

**ORDER ON MOTION**

Upon consideration of the unopposed motion for a continuance filed by the government on February 4, 2008 (Doc. No. 22), and for good cause, it is

ORDERED that the motion for a continuance be and is hereby GRANTED. Accordingly, it is further

ORDERED as follows:

1. The scheduled evidentiary hearing is hereby **reset for 10:00 a.m. on June 10, 2008,** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. Petitioner Timothy Russell shall be brought to this district not less than a week in advance of the scheduled hearing in order to facilitate communications with appointed counsel, J. Carlton Taylor, in preparation for the hearing.

3. Counsel shall exchange, and file with the court, lists of witnesses and exhibits not later than June 2, 2008. All exhibits shall be pre-marked using the same numbers indicated on the exhibit lists, and each party

shall deliver to the courtroom deputy prior to commencement of the hearing the original, pre-marked exhibits along with a copy of the exhibits for use by the court.

4. The Clerk is DIRECTED to provide a copy of this order to persons having custody of petitioner Russell so that they are notified of the continuance of the scheduled hearing.

DONE, this 7th day of February, 2008.

                                /s/Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE