IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. 2:06cv288-MHT
                                  )
TIMOTHY RUSSELL                   )

## GOVERNMENT'S WITNESS LIST

| SUB SERV | NAME/ADDRESS/PHONE | IN | OUT | PAID |
|----------|-------------------|----|-----|------|
|  | Kevin Butler |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |