IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR. NO. 2:06cv288-MHT |
| TIMOTHY RUSSELL | ) | |

**<u>GOVERNMENT'S EXHIBIT LIST</u>**

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Plea agreement dated 2/28/05 | Kevin Butler | |
| 2 | Change of plea transcript dated 2/28/05 | Kevin Butler | |
| 3 | Sentencing transcript dated 5/20/05 | Kevin Butler | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |