**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**TIMOTHY RUSSELL** )
    **Defendant/Petitioner** )
                                       )
**v.** )        **2:06-CV-288-MHT**
                                       )
**UNITED STATES OF AMERICA** )
    **Respondent/Plaintiff** )
                                       )

**PETITIONER'S EXHIBIT LIST**

| **EXHIBIT #** | **DESCRIPTION** | **ADMITTED/DENIED** |
|---|---|---|
| 1. | Document 40 Case 04-CR-150-T Superseding Indictment. | _____ |
| 2. | Document 46 Case 04-CR-150-T Notice of Intent to Change Plea | _____ |
| 3. | Document 49 Case 04-CR-150-T Plea Agreement | _____ |
| 4. | Transcript from Change of Plea Hearing Held February 28, 2005 before Judge Susan Russ Walker | _____ |
| 5. | Document 50 Case 04-CR-150-T Minutes Entry from Change Plea Hearing | _____ |
| 6. | Document 51 Case 04-CR-150-T Report and Recommendation Concerning Plea of Guilty | _____ |
| 7. | Document 54 Case 04-CR-150-T Motion for Downward Departure | _____ |
| 8. | Transcript from Sentencing Hearing Held May 20, 2005 before Judge Myron Thompson | _____ |

. 9.  Document 55 Case 04-CR-150-T
       Minutes Entry from Sentencing Hearing    _____

10.  Document 58 Case 04-CR-150-T
       Judge in Criminal Case    _____

    The Petitioner reserves the right to amend this list and/or to present exhibits in rebuttable of the testimony of witnesses not herein listed should said exhibits become necessary.

    **RESPECTFULLY SUBMITTED**, this the 2nd day of June, 2008.

    /s/ J. Carlton Taylor
    J. CARLTON TAYLOR
    Attorney for the Defendant
    ASB 5037-L53J
    5748 Carmichael Parkway Suite D
    Montgomery, Alabama 36117
    (334) 244-0447
    (334) 244-0794
    jtaylor@fullerandtaylor.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 2nd day of June, 2008.

                                      /s/  J. Carlton Taylor_____
                                      J. CARLTON TAYLOR
                                      Attorney for the Defendant
                                      ASB 5037-L53J
                                      5748 Carmichael Parkway Suite D
                                      Montgomery, Alabama 36117
                                      (334) 244-0447
                                      (334) 244-0794
                                      jtaylor@fullerandtaylor.com

Louis V. Franklin, Sr.
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
louis.franklin@usdoj.gov


Verne Spears
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
Verne.spears@usdoj.gov