IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TIMOTHY RUSSELL** )<br>    **Defendant/Petitioner** )<br> ) | |
| **v.** ) | **2:06-CV-288-MHT** |
| ) | |
| **UNITED STATES OF AMERICA** )<br>    **Respondent/Plaintiff** )<br> ) | |

### PETITIONER'S WITNESS LIST

Kevin Butler
Trial Counsel
c/o Federal Defenders
201 Monroe Street, Suite 407
Montgomery, AL 36104

Timothy Russell
Petitioner
FCI Talladega
PMB 1000
Talladega, AL 35160

The Petitioner reserves the right to amend this list and/or to call rebuttable witnesses not herein listed should said witnesses become necessary.

**RESPECTFULLY SUBMITTED**, this the 2nd day of June, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 2nd day of June, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

Louis V. Franklin, Sr.
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
louis.franklin@usdoj.gov

Verne Spears
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
Verne.spears@usdoj.gov