IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL,            ) | |
|     Plaintiff,            ) | |
|                                           ) | CV. NO. 2:06-cv-288-MHT |
| v.            ) | |
|                                           ) | |
| UNITED STATES OF AMERICA,            ) | |
|     Defendants,            ) | |

GOVERNMENT'S WITNESS LIST

Kevin Butler, Trial Counsel
Federal Defenders Office
201 Monroe Street, Suite 407
Montgomery, AL 36104


Respectfully submitted this 3rd day of June, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Counsel for the United States of America
Post Office Box 197
Montgomery, AL 36101-0197
334-223-7280
334-223-7138 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL, )<br>    Plaintiff, )<br>                                  )<br>v.                                     )<br>                                  )<br>UNITED STATES OF AMERICA, )<br>    Defendants, ) | CV. NO. 2:06-cv-288-MHT |

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jon Carlton Taylor, Esquire.

                                            LEURA G. CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Verne H. Speirs
                                          VERNE H. SPEIRS
                                          Assistant United States Attorney
                                          Post Office Box 197
                                          Montgomery, AL 36101-0197
                                          334.223.7280
                                          334.223.7138 fax
                                          verne.speirs@usdoj.gov