IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| TIMOTHY RUSSELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CV. NO. 2:06-cv-288-MHT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendants, | ) | |

GOVERNMENT'S AMENDED EXHIBIT LIST

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Plea agreement dated 2/28/05 | Kevin Butler | |
| 2 | Change of plea transcript dated 2/28/05 | Kevin Butler | |
| 3 | Sentencing transcript dated 5/20/05 | Kevin Butler | |
| 4 | Affidavit of Kevin Butler | Kevin Butler | |

Respectfully submitted this 6th day of June, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Counsel for the United States of America
Post Office Box 197
Montgomery, AL 36101-0197
334-223-7280
334-223-7138 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY RUSSELL, | ) | |
|     Plaintiff, | ) | |
| | ) | CV. NO. 2:06-cv-288-MHT |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendants, | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jon Carlton Taylor, Esquire.

                                                          LEURA G. CANARY
                                                          UNITED STATES ATTORNEY

                                                          /s/ Verne H. Speirs
                                                          VERNE H. SPEIRS
                                                          Assistant United States Attorney
                                                          Post Office Box 197
                                                          Montgomery, AL 36101-0197
                                                          334.223.7280
                                                          334.223.7138 fax
                                                          verne.speirs@usdoj.gov