IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CIVIL ACTION NO. 2:06cv288-MHT
                                  )
TIMOTHY RUSSELL                   )

## ORDER

For good cause, it is

ORDERED that the evidentiary hearing previously scheduled for June 10, 2008 be

and hereby is rescheduled for 2:00 p.m. on June 11, 2008 in courtroom 5-B, Frank M.

Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal is DIRECTED to produce the defendant for the hearing.

Done, this 10th day of June, 2008.


                            /s/ Susan Russ Walker
                            SUSAN RUSS WALKER
                            CHIEF UNITED STATES MAGISTRATE JUDGE