IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL            )<br>      Defendant/Petitioner    )<br>                                             )<br>v.                                         )<br>                                             )<br>UNITED STATES OF AMERICA  )<br>      Respondent/Plaintiff    )<br>                                             ) | 2:06-CV-288-MHT |

## MOTION TO DISMISS PETITIONERS
## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

**COMES NOW**, the Petitioner, Timothy Russell, in the above-styled case and files this his Motion to Dismiss Motion to Vacate, Set Aside or Correct Sentence. As grounds therefore, the Petitioner would show unto this Court as follows:

1. The Petitioner filed a pro se Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. 2255 alleging ineffective assistance of trial counsel.

2. That the undersigned was appointed to represent the Petitioner and thereafter began preparation for the evidentiary hearing on the same.

3. Upon a review of the Plea Agreement and Court Transcripts in reference to the allegations as brought in his motion, the Petitioner informed counsel that he wished to dismiss the same.

4. That the Court called this case for an evidentiary hearing on June 11, 2008 at which time the undersigned made an oral motion to dismiss the motion. At said hearing, the Petitioner acknowledged on the record that it was his desire to dismiss his motion.

**WHEREFORE, PREMISES CONSIDERED**, the Petitioner, Timothy Russell, prays this Honorable Court will dismiss his Motion to Vacate, Set Aside or Correct Sentence in the above-styled case.

**RESPECTFULLY SUBMITTED**, this the 12th day of June, 2008.

/s/  J. Carlton Taylor_____
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 12th day of June, 2008.

                                                    /s/  J. Carlton Taylor_____
                                                    J. CARLTON TAYLOR
                                                     Attorney for the Defendant
                                                    ASB 5037-L53J
                                                   5748 Carmichael Parkway Suite D
                                                   Montgomery, Alabama 36117
                                                   (334) 244-0447
                                                   (334) 244-0794
                                                   jtaylor@fullerandtaylor.com

Louis V. Franklin, Sr.
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
louis.franklin@usdoj.gov


Verne Spears
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
Verne.spears@usdoj.gov