IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06cv288-MHT |
| | ) | (WO) |
| TIMOTHY RUSSELL | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 12, 2008 (Doc. No. 36), petitioner Timothy Russell, through counsel, filed a "Motion to Dismiss Petitioner's Motion to Vacate, Set Aside or Correct Sentence," in which he requests that he be allowed to withdraw his motion for relief under 28 U.S.C. § 2255. At a hearing held on June 11, 2008, petitioner's counsel also made an oral motion to dismiss petitioner's § 2255 motion. At said hearing, petitioner acknowledged on the record that it was his desire to withdraw his § 2255 motion.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1. Petitioner's "Motion to Dismiss Petitioner's Motion to Vacate, Set Aside or Correct Sentence" (Doc. No. 36) be GRANTED; and

2. This action be DISMISSED without prejudice.

It is further

ORDERED that the parties shall file any objections to this Recommendation on or before June 25, 2008. A party must specifically identify the findings in the

Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's proposed findings and recommendations shall bar a party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc).

    DONE, this 12th day of June, 2008.

                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  CHIEF UNITED STATES MAGISTRATE JUDGE