IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TIMOTHY RUSSELL,                )
                                )
    Petitioner,                 )
                                )        CIVIL ACTION NO.
    v.                          )         2:06cv288-MHT
                                )            (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 
                         OPINION

     Pursuant to 28 U.S.C. § 2255, petitioner filed this

lawsuit seeking habeas relief.  This lawsuit is now

before the court on the recommendation of the United

States Magistrate Judge that petitioner's motion to

dismiss his earlier petition for habeas relief should be

granted.  There are no objections to the recommendation.

After an independent and de novo review of the record,

the court concludes that the recommendation should be

adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of July, 2008.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE