IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TIMOTHY RUSSELL,                )
                                )
        Petitioner,             )
                                )       CIVIL ACTION NO.
        v.                      )         2:06cv288-MHT
                                )            (WO)
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Petitioner's oral motion, made in open court on July 11, 2008, to dismiss is granted.

    (2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is dismissed as requested.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of July, 2008.


_____/s/ Myron H. Thompson_____
**UNITED STATES DISTRICT JUDGE**