IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY RUSSELL,              ) | |
|                               ) | |
|    Petitioner,                ) | |
|                               ) | CIVIL ACTION NO. |
|    v.                         ) | 2:06cv288-MHT |
|                               ) | (WO) |
| UNITED STATES OF AMERICA,     ) | |
|                               ) | |
|    Respondent.                ) | |

ORDER

It is ORDERED that petitioner's motion for leave to file (Doc. No. 21) is denied as moot.

DONE, this the 14th day of July, 2008.

            /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE